**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 191 EM 2016
  :
            Respondent   :
  :
  :
  :
          v.   :
  :
  :
  :
TERRENCE SNEAD,   :
  :
            Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of December, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.